515/284-6289

CHAMBERS OF
CHARLES R. WOLLE
SENIOR JUDGE
UNITED STATES COURTHOUSE
123 EAST WALNUT STREET, SUITE 103
DES MOINES, IA 50309-2039

May 13, 2009

Judicial Conference of the US
Committee on Financial Disclosure
One Columbus Circle NE
Washington, DC 20544

Re: Calendar Year 2008 Filing

I herewith respond to your May 4, 2009 letter concerning two matters in my 2008 Report.

I correct my Report filed 4-7-09 as follows:

In Block 5, I should have checked "Annual" as my type of report.

In Part VII, page 2, line 27 of my 2007 Report I listed "AOL Time Warner Common." But in my 2008 Report I mistakenly failed to include that same asset. I now add to my 2008 Report (p.5, Part VII) at line 20½ that asset as follows:

VII. # 20½. AOL Time Warner Common — A - div - J - T

Very truly yours,

Wolle_Charles_R

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) WOLLE, CHARLES R | 2. Court or Organization US DISTRICT COURT-SDIA | 3. Date of Report APRIL 7, 2009 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR US DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☐ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period January 1, 2008 to December 31, 2008 |
| 7. Chambers or Office Address 410 US Courthouse Annex 130 East Court Street Des Moines, IA 50309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | 4-7-09 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES 2008 | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Geo Mason Law | July 9-11 | Enchantment Res Sedona, AZ | Seminar Culture & Markets | Trans., Lodging, FOOD |
| 2. | American Conf Institute | Dec. 10-11 | NYC, NY | Seminar Pharmaceutical Law | Trans., Lodging, FOOD |
| 3. | Brookings Judicial Edu. Program | March 31-Apr. 4 May 12-16 | Wash DC | Economics Institutes for Judges | Trans., Lodging, FOOD |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | 4-7-09 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | 4-7-09 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch IRRA Directed Blackrock Basic Value | A | div | K | T | | | | | |
| 2. Blackrock Developing | A | div | K | r | | | | | |
| 3. Blackrock Euro Fund | A | div | J | T | | | | | |
| 4. Blackrock Global Allocn | A | div | J | T | | | | | |
| 5. LI Solutions Common | A | div | J | r | | | | | |
| 6. Blackrock Govt Inc. | A | div | J | T | | | | | |
| 7. Merrill Lynch Rollover IRRA Directed Berkshire Hath B Shrs | A | div | L | T | | | | | |
| 8. BP Amoco PLC ADR | A | div | J | T | | | | | |
| 9. Irish Inv Fund | A | div | J | T | | | | | |
| 10. Progressive Ret Fund | A | div | J | T | | | | | |
| 11. General Electric Common | A | div | J | T | | | | | |
| 12. Hellenic Tele ADR | A | div | J | T | | | | | |
| 13. Intel Common | A | div | J | T | | | | | |
| 14. Johnson & Johnson Com | A | div | J | T | | | | | |
| 15. Microsoft Common | A | div | J | T | | | | | |
| 16. Pfizer Common | A | div | J | T | | | | | |
| 17. Walmart Common | A | div | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | 4-7-09 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Merrill Lynch Rollover IRRA ML Bank USA | A | div | J | T | | | | | |
| 19. Fidelity Adv Mut Fund | A | div | K | T | | | | | |
| 20. United Parcel Common | A | div | J | T | | | | | |
| 21. Corning Inc Common | A | div | J | T | | | | | |
| 22. Oracle Corp Common | A | div | J | T | | | | | |
| 23. Sun Microsystems Comm | A | div | J | T | | | | | |
| 24. Vanguard Cust IRRA Rollover Vanguard 500 Index | A | div | K | T | | | | | |
| 25. Vanguard Emerging Mkts | A | div | K | T | | | | | |
| 26. Vanguard European Fund | A | div | K | T | | | | | |
| 27. Vanguard Pacific Stock | A | div | K | T | | | | | |
| 28. ML IRRA-Director (Cont) General Growth Properties | A | div | J | T | | | | | |
| 29. ML-IRRA Rollover (Cont) International Game Tech Comm | A | div | J | T | Buy More | 12-31 | J | | |
| 30. RAE Systems Common | A | div | J | T | | | | | |
| 31. SKF AB ord stock | A | div | K | T | | | | | |
| 32. ML Rollover IRRA (Cont) Wells Fargo Co Comm | A | div | J | T | | | | | |
| 33. Google Inc Common | A | div | J | T | Buy | 2-12 | J | | |
| 34. Bank of America Comm | A | div | J | T | Buy Part / Sell Part | 4-10 / 10-20 | J / J | A / A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | 4-7-09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ML IRRA (Cont)-directed Accenture Ltd Common | A | div | J | T | | | | | |
| 36. Franklin Natural Resources | A | div | J | T | | | | | |
| 37. Petrleo Bras ADR | A | div | J | T | BUY | 9-26 | J | | |
| 38. Walgreen Co Common | A | div | J | T | BUY | 5-28 | J | | |
| 39. CISCO SYSTEMS Comm | A | div | J | T | BUY | 12-31 | J | | |
| 40. CALVERT Global Alternative | A | div | J | T | BUY | 4-10 | J | | |
| 41. Energy Fund | | | | | | | | | |
| 42. END VII | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | 4-7-09 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| *Charles R. Wolle* | *4-7-09* |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544